**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  1:08-cv-03504 |
| CATHERINE R. PETERSON, | ) ) | Judge Hibbler |
| EUGENE J. PETERSON, and | ) ) | Magistrate Judge Nolan |
| RAMANU V. BELLO a/k/a ROMANO PETERSON a/k/a RAMONU PETERSON, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DEPOSIT ADMITTED LIABILITY**

1.     As affirmatively appears from this Court's file and docket, North American Company for Life and Health Insurance ("NACOLAH") has filed a complaint for interpleader relief pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 (2008), against Catherine R. Peterson ("Catherine"),  Eugene R. Peterson ("Eugene"), and Ramanu V. Bello a/k/a Romano Peterson a/k/a Ramonu Peterson ("Ramanu") to resolve previously submitted conflicting adverse claims to life insurance benefits due and payable under NACOLAH's Policy No. 6278340788 insuring Corliss D. McKay ("Insured") with a face amount of $180,000 and with a Policy Date of March 1, 1988 ("Policy").

2.     The total admitted liability with respect to the Policy is ONE HUNDRED EIGHTY THOUSAND DOLLARS ($180,000.00), plus all applicable accrued interest.

3.      NACOLAH seeks to deposit this admitted liability in accordance with the proposed

order submitted to the Court and the parties separately from this motion.

Respectfully submitted,

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE

By:  /s/ Morgan J. Milner
     Morgan J. Milner
     CHITTENDEN, MURDAY & NOVOTNY LLC
     303 West Madison Street, Suite 1400
     Chicago, Illinois 60606
     312.281.3600 (telephone)
     312.281.36768 (facsimile)

Joseph J. Hasman
Morgan J. Milner
Chittenden, Murday & Novotny LLC
303 West Madison Street
Suite 1400
Chicago, Illinois  60606
(312) 281-3600
Fax (312) 281-3678

O:\MI1377\41174 McKay-Peterson\Pleadings\motion - deposit admitted liability.doc

### *Certificate of Service*

The undersigned, an attorney, hereby certifies that true and correct copies of the above Notice of Motion and documents described thereto were served upon

Alfred T. Whiters, Esq.
25 E. Washington Street
Suite 1217
Chicago, Illinois  60602

Joe L. Gable, Esq.
6608 Church Street
Douglasville, GA  30134

**via U.S. Mail**, by depositing same in the U.S. mail reciprocal located at 303 West Madison Street, Chicago, Illinois on or before the hour of 5:00 p.m., on the **27**th day of **June 2008.**

 _/s/ Morgan J. Milner_____
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
(312) 281-3678 (fax)
mmilner@cmn-law.com

O:\MI1377\41174 McKay-Peterson\Pleadings\motion - deposit admitted liability.doc