IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No.  08-cv-3504 |
| **CATHERINE R. PETERSON,** | ) ) | **Judge Hibbler** |
| | ) | **Magistrate Judge Nolan** |
| **EUGENE J. PETERSON, and** | ) ) | |
| **RAMANU V. BELLO a/k/a ROMANO PETERSON a/k/a RAMONU PETERSON,** | ) ) ) ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**To:**   Alfred T. Whiters, Esq.           Joe L. Gable, Esq.
25 E. Washington Street           6608 Church Street
Suite 1217                               Douglasville, GA  30134
Chicago, Illinois  60602

   **PLEASE TAKE NOTICE** that on the **8th** day of **July, 2008,** at **9:30 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable William J. Hibbler, or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 1225** in the United Stated District Court for the Northern District of Illinois, Eastern Division, and then and there present North American Company for Life and Health Insurance's Motion to Deposit Admitted Liability, a copy of which is attached hereto and hereby being served upon you.

   **DATED** this **26th** day of **June, 2008**.

Respectfully submitted,

NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE

By:   /s/Morgan J. Milner
          One of Its Attorneys

Joseph J. Hasman
Morgan J. Milner
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 (telephone)
312.281.3678 (facsimile)

## *Certificate of Service*

The undersigned, an attorney, hereby certifies that true and correct copies of the above Notice of Motion and documents described thereto were served upon

| | |
|---|---|
| Alfred T. Whiters, Esq. | Joe L. Gable, Esq. |
| 25 E. Washington Street | 6608 Church Street |
| Suite 1217 | Douglasville, GA  30134 |
| Chicago, Illinois  60602 | |

**via U.S. Mail**, by depositing same in the U.S. mail reciprocal located at 303 West Madison Street, Chicago, Illinois on or before the hour of 5:00 p.m., on the **27th** day of **June 2008.**

/s/ Morgan J. Milner
Morgan J. Milner
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 (telephone)
312.281.36768 (facsimile