IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) No. 1:08-cv-03504 ) |
| CATHERINE R. PETERSON, | ) Judge Hibbler ) |
| EUGENE J. PETERSON, and | ) Magistrate Judge Nolan ) |
| RAMANU V. BELLO a/k/a ROMANO PETERSON a/k/a RAMONU PETERSON, | ) ) ) ) |
| **Defendants.** | ) |

## AMENDED NOTICE OF FILING

**TO:**　See Attached Service List

**PLEASE TAKE NOTICE** that on the **26th** day of **June 2008,** we filed with the clerk of the United States District Court, North American Company for Life and Health Insurance's Motion to Deposit Admitted Liability and Notice of Motion, a copy which was served upon the above listed attorneys **via U.S. Mail**, by depositing same in the U.S. mail reciprocal located at 303 West Madison Street, Chicago, Illinois on or before the hour of 5:00 p.m., on the **27**$^{th}$ day of **June 2008.**

　　　　　　　　　　　　　　　　　　　　**Respectfully Submitted,**

　　　　　　　　　　　　　　　　　　　　NORTH AMERICAN COMPANY FOR LIFE AND HEALTH
　　　　　　　　　　　　　　　　　　　　INSURANCE

　　　　　　　　　　　　　　　　　　　　By:　/s/Morgan J. Milner
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Joseph J. Hasman
Morgan J. Milner
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
Fax: (312) 281-3678

O:\MI1377\41174 McKay-Peterson\Pleadings\Amended Notice of Filing.doc

## **SERVICE LIST**

Alfred T. Whiters, Esq.  
25 E. Washington Street  
Suite 1217  
Chicago, Illinois  60602

Ramanu Bello  
1801 N. Diversey Avenue  
Apt. 9  
Chicago, Illinois  60614

Joe L. Gable, Esq.  
6608 Church Street  
Douglasville, GA  30134