
Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3504 | DATE | 7/8/2008 |
| CASE TITLE | North American Co. Vs. Peterson, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to deposit admitted liability is granted. Enter Order to Deposit Admitted Liability by plaintiff NACOLAH to deposit with the Clerk of the Court in an interest bearing account a check or draft in the amount of $180,000.00 plus all applicable accrued interest payable under NACOLAH Policy No. 6278340788.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|