IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 1:08-cv-03504 |
| CATHERINE R. PETERSON, et al., ) ) | Judge Hibbler |
| Defendants. ) | Magistrate Judge Nolan |

## ORDER TO DEPOSIT ADMITTED LIABILITY

This cause coming before the Court on North American Company for Life and Health Insurance's ("NACOLAH") Motion to Deposit Admitted Liability and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that leave is given to NACOLAH to deposit with the Clerk of this Court, who will establish an interest-bearing account specifically for the deposit of NACOLAH's admitted liability in this matter, a check or draft in the amount of ONE HUNDRED EIGHTY THOUSAND DOLLARS ($180,000.00), plus all applicable accrued interest, payable under NACOLAH Policy No. 6278340788. The Clerk of this Court is hereby ordered and directed to receive said sum and issue its receipt to NACOLAH for same.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall deposit the aforesaid sum into an interest bearing account established specifically for this matter, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without order of this Court.

DATE: 7-7-08

Wm. J. Hibbler