**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3504

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE
v.
CATHERINE R. PETERSON and
EUGENE J. PETERSON et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Catherine R. Peterson, Eugene J. Peterson, and Ramanu V. Bello a/k/a Rumano Peterson a/k/a Ramonu Peterson

| |
|---|
| NAME (Type or print)<br>Alfred T. Whiters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Alfred T. Whiters |
| FIRM<br>Law Office of Alfred T. Whiters |
| STREET ADDRESS<br>25 East Washington Street, Suite 1217 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6212331 | TELEPHONE NUMBER<br>(312) 922-1446 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐