IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CATHERINE R. PETERSON, EUGENE J. PETERSON, and RAMANU V. BELLO a/k/a RUMANO PETERSON a/k/a RAMONU PETERSON, ) ) ) ) ) ) ) | Case No. 08 CV 3504 |
| Defendants, ) ) | Judge Hibbler |
| and ) ) | Magistrate Judge Nolan |
| CROSS CLAIM ) ) | |
| EUGENE PETERSON, ) ) | |
| Cross-Plaintiff, ) ) | |
| v. ) ) | |
| CATHERINE R. PETERSON. ) ) | |
| Cross-Defendant. ) | |

## NOTICE OF FILING

To: **Morgan J. Milner, Esq.**
**Chittenden, Murday & Novotny LLC**
**303 W. Madison Street, Suite 1400**
**Chicago, IL 60606**

**PLEASE TAKE NOTICE**, that on August 26, 2008, I filed the attached pleading with the Clerk of the United States District Court for the Northern District of Illinois

and present this **DEFENDANT EUGENE PETERSON'S ANSWER TO INTERPLEADER AND CROSS-COMPLAINT AGAINST DEFENDANT CATHERINE R. PETERSON**.

/s/Alfred T. Whiters
Alfred T. Whiters

Alfred T. Whiters
Attorney At Law
25 East Washington Street, Suite 1217
Chicago, Illinois 60602
(312) 922-1446

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the foregoing Notice and attachments to be served to the person named above at the address set forth by placing the same in the U.S. Mail, proper postage prepaid at 25 East Washington Street, Chicago, Illinois, before 5:00 p.m. on August 26, 2008.

/s/Alfred T. Whiters
Alfred T. Whiters